IN RE APPLICATION OF CARR-WILLIAMS.

[Cite as *In re Application of Carr–Williams* (1992), 63 Ohio St.3d 752.]

(No. 91–2406—Submitted March 17, 1992—Decided June 10, 1992.)

*Charles W. Kettlewell,* for applicant.

*Vorys, Sater, Seymour & Pease* and *Jonathan R. Vaughn,* for the Columbus Bar Association Admissions Committee.

*Timothy J. Ucker,* Special Investigator, for the Board of Commissioners on Character and Fitness.

---

*Per Curiam.* Having reviewed the record, we agree with the board's finding that Gail P. Carr–Williams has not established her present eligibility for admission to the practice of law in Ohio. We also agree with the board's recommendation. Therefore, Carr–Williams' application is disapproved, and she may reapply pursuant to the conditions stated by the board.

*Order accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.